## Waller, Appellant, *v.* Pennsylvania Railroad Company.

Argued November 16, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Lawrence J. Richette,* for appellants.

*Robert M. Landis,* with him *Gerald F. Flood, Jr.,* and *Dechert, Price & Rhoads,* for appellee.

OPINION PER CURIAM, January 8, 1963:
Judgment affirmed.